

```
                                          FILED
                                       CHARLOTTE, N.C.

IN THE UNITED STATES DISTRICT COURT      NOV 17 2009
WESTERN DISTRICT OF NORTH CAROLINA
        STATESVILLE DIVISION            U.S. DISTRICT COURT
                                         W. DIST. OF N.C.
```

| | ) | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Docket No. 5:09-cr-49-V |
| | ) | |
| v. | ) | |
| | ) | *UNDER SEAL* |
| DAVID MARK LOWMAN *et al* | ) | |
| | ) | |

## ORDER SEALING INDICTMENT AND OTHER DOCUMENTS

UPON MOTION of the United States of America, by and through Edward R. Ryan, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the Bill of Indictment, the arrest Warrant, the Motion to Seal, and this Order be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

So ordered this 17th day of November 2009.

_____
THE HONORABLE DAVID C. KEESLER
UNITED STATES MAGISTRATE JUDGE

2